IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LEON TOMASZEWSKI,** : | CIVIL ACTION | |
| Plaintiff, : | | |
| : | | |
| vs. : | NO.   19-cv-0080 | |
| : | | |
| **ALLSTATE INSURANCE COMPANY** : | | |
| *d/b/a Encompass Insurance* : | | |
| *a/k/a Encompass Indemnity* : | | |
| Defendant. : | | |

| | | |
|---|---|---|
| **LEON TOMASZEWSKI,** : | CIVIL ACTION | |
| Plaintiff, : | | |
| : | | |
| vs. : | NO.   19-cv-133 | |
| : | | |
| **ALLSTATE INSURANCE COMPANY** : | | |
| *d/b/a Encompass Insurance* : | | |
| *a/k/a Encompass Indemnity* : | | |
| Defendant. : | | |

## O R D E R

**AND NOW**, this __2ND__ day of April, 2021, upon consideration of Defendant's Motion to Strike Plaintiff's Responses to Requests for Admission and Deem the Requests Admitted (Def.'s Mot. to Deem RFAs Admitted, Case No. 19-cv-0080, ECF No. 61) and Plaintiff's response thereto (Pl.'s Resp., Case No. 19-cv-0080, ECF No. 63), and for the reasons set forth in the memorandum filed concurrently with this Order, **IT IS HEREBY ORDERED** that Plaintiff's motion is **GRANTED in part** and **DENIED in part** as follows:

1. Defendant's Set I, Request for Admission (RFA) numbers 2 and 8 and Defendant's Set II, RFA numbers 2, 11 through 14 and 17 through 19 are deemed admitted.

2. Within seven days, Plaintiff shall amend his responses to Defendant's Set I, RFA number 6 and Defendant's Set II, RFA number 9, as set forth in his response and in the accompanying memorandum.

3. The remainder of the motion is **DENIED**.

BY THE COURT:

 /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge